**Order entered January 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00056-CV

**SHERRELLE WILLIAMSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Kaufman County, Texas**
**Trial Court Cause No. 12C-011-2**

## ORDER

By letter dated August 9, 2013, we notified appellant the reporter's record in this case had not been filed because she had not paid or made arrangements to pay the reporter's fee. We cautioned appellant that if she did not provide written verification of payment for or arrangements to pay for the reporter's record, we might order the appeal submitted without the reporter's record. To date, appellant has not provided the required documentation. Therefore, we **ORDER** this appeal submitted without the reporter's record. Appellant's brief is **ORDERED** filed within **THIRTY DAYS** of the date of this order. We expressly caution appellant that failure to file her brief within thirty days will result in the dismissal of this appeal

for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1).


/s/      CAROLYN WRIGHT
          CHIEF JUSTICE